IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv487

| | |
|---|---|
| K.A. HOLDINGS, LTD. OF NY, <br> a/k/a K. A. Holdings of New York, Inc., <br> a/k/a K.A. Holdings of New York, Ltd., <br> a/k/a KA Holdings, Ltd., <br><br> Plaintiff, <br><br> Vs. <br><br> CHRISTOPHER CHAGARIS, <br><br> Defendant. | ORDER |

**THIS MATTER** is before the court on its on motion to cancel the hearing. Review of the docket reveals that defendant's Motion to Dismiss (#51) has been resolved.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the hearing calendared for April 27, 2011, is **CANCELLED**, as defendant's Motion to Dismiss (#51) has been resolved.

Signed: April 8, 2011

Max O. Cogburn Jr.
United States District Judge

-1-