UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-00487-MOC-DCK

| | | |
|---|---|---|
| **K.A. HOLDINGS LTD. OF NEW YORK,** | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CHRISTOPHER CHAGARIS,** | ) | |
| | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion to Reconsider Order Denying Sanctions (#85), Motion for Summary Judgment (#89) and Motion to Disqualify Plaintiff's Expert and Award Costs and Fees (#87). It appearing that those motions have been completely briefed, the court will calendar the motions for hearing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Reconsider Order Denying Sanctions (#85), Motion for Summary Judgment (#89) and Motion to Disqualify Plaintiff's Expert and Award Costs and Fees (#87) are CALENDARED for hearing on March 20, 2013, at a time to be Noticed by the Clerk of Court.

Signed: February 26, 2013

Max O. Cogburn Jr.
United States District Judge