# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| K.A. Holdings LTD. Of New York**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:09cv487 |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Chagaris**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered by the Verdict entered on June 12, 2013;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury's Verdict.

Signed: September 30, 2013

Frank G. Johns, Clerk
United States District Court