UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Civil Action No. 03:09-cv-00487

| | |
|---|---|
| K. A. HOLDINGS, LTD. OF NY, a/k/a K. A. HOLDINGS OF NEW YORK, INC., a/k/a HOLDINGS OF NEW YORK, LTD., a/k/a K. A. HOLDINGS, LTD., ) ) ) ) ) | |
| Plaintiff-Judgment Creditor, ) ) | **ORDER FOR FINAL EXECUTION** |
| v. ) ) | |
| CHRISTOPHER CHAGARIS, ) ) | |
| Defendant-Judgment-Debtor. ) ) | |

**THIS MATTER** coming before the undersigned Judge of the United States District Court for the Western District of North Carolina upon Judgment Creditor's Motion for an Order of Final Execution in this matter; and

**IT APPEARING** to the Court that Judgment Debtor has been duly served with a copy of the Judgment together with a copy of the Notice of Right to Have Exemptions Designated and Request to Set Aside Exempt Property, and that Judgment Debtor filed and duly served a Schedule of Debtors Property ("Exempt Property") for which Judgment Creditor agrees to set aside as exempt. Therefore, the Court finds that the Judgment is the total sum of $793,568.45, plus interest at the highest legal rate and costs excluding Judgment Debtor's Exempt Property.

**IT IS, THEREFORE, ORDERED** that a final execution be issued by the Clerk of this Court for the Collection of the Judgment in this case.

THIS the 23rd day of April, 2015.

_Frank D. Johns_
Clerk of Court